# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF TENNESSEE
# AT KNOXVILLE

| | | |
|---|---|---|
| FRANK CHAPMAN, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 3:09-CV-224 |
| | ) | (Phillips) |
| S. NATURAL GAS CO., | ) | |
| | ) | |
| Defendant. | ) | |

## JUDGMENT ON DECISION BY THE COURT

This case came before the Court on the Motion for Summary Judgment by defendant Southern Natural Gas Company ("SNG"). The Honorable Thomas W. Phillips, United States District Judge, having rendered a decision on the defendants' motion,

**IT IS ORDERED AND ADJUDGED** that the plaintiff Frank Chapman take nothing, that plaintiff's claims be **DISMISSED WITH PREJUDICE**, and that SNG recover of the plaintiff its costs of action.

The final pretrial conference scheduled for April 6, 2011, and the trial scheduled for April 12, 2011, are **CANCELLED.**

Dated at Knoxville, Tennessee, this _____ day of March, 2011.

                                                                  s/ Patricia L. McNutt
                                                                    Clerk of Court